MAYOR AND ALDERMEN OF SAVANNAH *v.* MOREHEAD *et al.*
MAYOR AND ALDERMEN OF SAVANNAH *v.* STEGIN *et al.*

PER CURIAM. These cases are controlled by the decision this day rendered in the case of *Hazleton* v. *City of Atlanta*, ante, 775. The points made in the present cases, additional to those there specifically dealt with, are not sufficient to require a different ruling. Under this ruling, it was error to grant an interlocutory injunction.
　　　　　*Judgment reversed in each case. All the Justices concur.*
BECK and HILL, JJ. While our opinion as to the questions dealt with in the case of *Hazleton* v. *City of Atlanta*, this day decided, has undergone no change, we concur in the judgment of reversal, because of the ruling in that case.
　　　　　　　　　FEBRUARY 26, 1916.

Injunction. Before Judge Charlton. Chatham superior court. May 31, 1915.

*John Rourke Jr.* and *D. S. Atkinson,* for plaintiffs in error.
*Oliver & Oliver* and *Samuel R. Dighton,* contra.